**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  SYLVESTRE MARTINEZ,
5.  CLAUDIA LOPEZ-LOPEZ,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter comes before the court *sua sponte.*  A telephonic setting conference to set jury trial and trial preparation conference is set for **December 1, 2009, at 11:00 a.m.**  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  November 24, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.