**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  CLAUDIA LOPEZ-LOPEZ,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Due to a conflict in the court's calendar, the Joint Change of Plea hearing set for January 29, 2010, at 8:30 a.m. is **VACATED** and **RESET** as a single Change of Plea hearing to **January 29, 2010**, at 9:30 a.m.

    Dated:  January 27, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.