**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00360-REB-05

UNITED STATES OF AMERICA,

      Plaintiff,

v.

5.  CLAUDIA LOPEZ-LOPEZ,

      Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR**
**SENTENCE REDUCTION**

---

**Blackburn, J.**

      The matter before me is the **Government's Motion For Post-Sentencing**

**Reduction Under the Provisions of Rule 35(b), Fed. R. Crim. P.** [#248][1] filed

December 14, 2010.  After careful review of the motion and the response of the

defendant [#249] December 14, 2010, I grant the motion because I find and conclude

that under Fed. R. Crim. P. 35(b)(1), the motion is made within one year of sentencing,

and the defendant, after sentencing, provided substantial assistance in investigating

and prosecuting codefendant, Arturo Silva.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Government's Motion For Post-Sentencing Reduction Under the**

**Provisions of Rule 35(b), Fed. R. Crim. P.** [#248] filed December 14, 2010, is

---

[1] "[#248]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**GRANTED**;

2.  That effective immediately, defendant's sentence of imprisonment is

**REDUCED** to **TIME SERVED**;

3.  That the **Judgment in a Criminal Case** [#126] entered April 27, 2010,

**SHALL BE AMENDED** and **SUPPLEMENTED** consistent with this order; and

4.  That as soon as practicable, a copy of this order **SHALL BE SERVED** on the

Bureau of Prisons to expedite the release and discharge of the defendant.

Dated December 14, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge